A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Albert A. Grayer

389690
Inmate (DOC) number

(Enter above the full name of
each plaintiff in this action.)

VERSUS

Timothy Butler, individually & in his official capacity

Zuccaro Blackmore, individually & in his official capacity

(Enter above the full name of
each defendant in this action.)

## Instructions for Filing Complaint by Prisoners
## Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) **No ( X )**

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit
       Plaintiff(s): _____

       Defendant(s): _____

    2. Court (if federal court, name the district; if state court, name the parish): _____

    3. Docket number: _____

2.

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?       Yes ( )    **No ( X )**

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

II. Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution?  Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (✓) No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. ___N/A___

2. What steps did you take? _Used prisoners mailbox 3 Sent in grievance, Used prisoners Classification dept. 3 Sent in grievance_

3. What was the result? _No answer, no answer_

D. If your answer is NO, explain why not: _____

3.

If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take? What was the result?

Plaintiff Albert Grayer used the prisoner grievance procedure available at Louisiana State Prison to try & solve the problem. On Aug 28, 2017 plaintiff presented the facts to this complaint to Nyesha Kelly: Legal Program director/Wardens designee. Plantiff was never issued a response.

Approx 1 month later plaintiff Grayer wrote ms. Kelly requesting the backlog notification on this grievance as well another he had recently filed, ms. Kelly sent to plantiff a copy of all grievances he currently had in the system & after a review it was discovered the one's in which he requested backlog notification of was not there.

On October 26, 2017 plaintiff Grayer placed in seperate envelopes these two(2) Grievances and placed them in the hands of the Classification officer to be mailed to Nyesha Kelly. On October 27, 2017 these letters/grievances was forward to ms. Kelly

On November 9, 2017 plaintiff Grayer recieved his notification & offender relief request form on one of the grievances he had mailed through the Classification dept. Plantiff once again sent a letter to ms Kelly requesting backlog notification on the other grievance that was mailed out together date of incident Aug 26, 2017 at which time he was sent a copy of all backlog notifications & again the one against major Zuccaro Blackmore was not there.

On November 14, 2017 Plantiff Grayer submitted another letter to ms. Kelly followed by another grievance on November 15, 2017 giving ms Kelly ten(10) days to respond or further action will be taken. Again no response was issued.

On November 16, 2017 plaintiff Grayer submitted a letter of complaint against ms Kelly to the Deputy Warden of operations. In his letter Plantiff complains about the numerous times he has submitted his grievance & when

backlog notification requested plaintiff would be provided with copies of each grievance he has in the system with the exception of the one against major Zuccaro Blackmore.

On November 28, 2017 Plantiff Grayer forwarded a letter to Ms. Connie McCann Administrative Assistant 4, Legal Programs dept requesting backlog notification for the incident that occured Aug 25, 2017 at which time she provided all grievances for 2017 year & the one against major Zuccaro Blackmore was not there.

Plaintiff Grayer grievances & notations to Legal Programs are attached as Exhibit A.

Albert Grayer #389690

III. **Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Albert Grayer
   Address 17544 Tunica Trace Angola, La 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Timothy Butler is employed as LT. Col at Louisiana State Prison

C. Additional Defendants: Zuccaro Blackmore  Major  Louisiana State Prison

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the 25th day of August, 2017 Defendant Zuccaro Blackmore arrived on Stark Unit in reference to an beeper activation. Upon his arrival ? being informed of the complaint, Blackmore than proceeded down SK a/L tier shaking a can of chemical agent. When Blackmore got almost to the end of the tier he stopped in front of Cell #12 ? With-out order or warning began administering chemical agent into the cell of Offender Jeffro Williams # 482337. While administering this chemical agent Plaintiff Albert Grayer than heard Blackmore began to give orders for Offender Williams (See Cont.)

4.

Statement of Claim cont...

to come to the bars to be restrained. Plaintiff Grayer than intervened and told Blackmore that Offender Williams did not do anything at which time defendant Blackmore looked up at the Cell no's and after realizing it was the wrong cell, he than stepped over to Cell #13 which housed Plaintiff Grayer & without warning or order sprayed him with an excessive amount of chemical agent. After the inital spray of chemical agent defendant Blackmore than began giving orders to come to the bars to be restrained. Grayer than began to scream in pain as his eyes, face, body was burning & he was expirencing shortness of breathe. Plantiff Grayer than began pleading with Blackmore that he could not breathe requesting that the fan be turned on that was directly in front of his cell, but Blackmore flatly ignored him & exited the tier. Plantiff contends the effects were so severe he feared he was going to die. Approx 5-10 min defendant's Blackmore returned with defendant Timothy Butler. Upon information & belief defendant Butler gave orders to the tier Sgt. to allow offender Jeffvo Williams to shower. Defendant Butler approached plaintiff Grayer Cell & gave him a order to come to the bars to be restrained & while complying to the order Grayer told Butler that his body was on fire & that he could hardly breathe he asked Butler to allow him to shower & see medical ?. Butler than responded to Plantiff that "he was not concerned about no shower or medical"... Grayer was than escorted to Gar Unit by defendants Butler & Blackmore & once there he was placed in the shower area until his cell was accomadated for security 4-pt. While in the Shower Grayer requested to Butler & Blackmore to be unrestrained & that the shower water be turned on at which time Butler gave specific orders that no-one turn the shower on. Plantiff than began to infurm Butler & Blackmore how the chemical Agent was infecting him, but no response was issued. Approx 5-10 min later Butler & Blackmore took Grayer from the shower &

placed him on Security 4-pt with-out the opportunity to shower or see medical as the sweat continuously re-activated the chemical agent & his body burned. Plaintiff made sick call on Aug 28, 2017 for dry skin & the burn marks left on his face, arms, & legs. (attached is plaintiffs sick call & marked as Exhibit "B"). Plaintiff contends defendant Blackmore also violated employee's rule #10 by falsifying Plaintiff Grayer's & Williams disciplinary reports as to the incident to justify his illegal actions. Employee rule #10 strictly forbiddes employee's from deliberately making false statements. These reports & rules are marked as Exhibit "C"... Also attached is a declaration from Jeffro Williams marked as Exhibit "D"

Albert Grayer #389690

V.  **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. 1) Request Compensatory damages in the amount of $50,000 against defendants jointly & severally; 2) request punitive damages in the amount of $50,000 against each defendant jointly & severally; 3) request recovery of costs in this suit; 4) any additional relief this court deems just, proper & equitable

VI. **Plaintiff's Declaration**

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __15th__ day of __January__, 20__18__.

_Albert A. Grayer #389690_

Signature of plaintiff(s)

Madam;

Please find enclosed a Complete 1983 form, Motion to proceed in Forma Pauperis, Summons & Exhibits "A"-"D" to be scanned & E-filed to:

    U.S. District Court
    Middle District of Louisiana
    777 Florida Street Suite 139
    Baton Rouge LA 70801

Please know attached is 39 pages

                              Respectfully Submitted;
                              Albert Thayer
                              Sk3/L

SCANNED at LSP and Emailed
1-22-18 by [initials]  39 pages
date   initials   No.

RECEIVED
JAN 22 2018
LEGAL PROGRAMS DEPARTMENT