# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ALBERT A. GRAYER**                                        **CIVIL ACTION**

**VERSUS**

**TIMOTHY BUTLER ET AL.**                    **NO.: 18-00049-BAJ-EWD**

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 34)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses the **Motion to Dismiss (Doc. 11)** by Defendants Zuccaro Blackmore and Nyesha Kelly and the **Motion to Dismiss (Doc. 23)** by Defendant William Butler.

Defendants assert that Plaintiff's claims are barred under the Eleventh Amendment, that Plaintiff has failed to state claims for excessive force and for violations of procedural due process, and that they are entitled to qualified immunity. (Doc. 11 at pp. 1-2; Doc. 23 at p. 1)

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 34 at p. 1) Neither party objected.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 34)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Doc. 11)** is **GRANTED IN PART**, in that all of Plaintiff's claims against Kelly and Plaintiff's claims for damages against Blackmore in his official capacity are **DISMISSED, WITH PREJUDICE**. In all other respects, the **Motion to Dismiss (Doc. 11)** is **DENIED**.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Doc. 23)** is **GRANTED IN PART**, in that Plaintiff's claims for damages against Butler in his official capacity are **DISMISSED, WITH PREJUDICE**. In all other respects, the **Motion to Dismiss (Doc. 23)** is **DENIED**.

Baton Rouge, Louisiana, this _11th_ day of March, 2019.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**