# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ALBERT A. GRAYER                                        CIVIL ACTION

VERSUS

TIMOTHY BUTLER, ET AL.                          NO.: 18-00049-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 56)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses the Motion for Summary Judgment (Doc. 42) filed by Defendants William Butler and Zuccaro Blackmore, arguing for the dismissal of *pro se* Plaintiff Albert A. Grayer's Complaint (Doc. 1) for failure to exhaust administrative remedies. The Magistrate Judge recommended that the Court grant Defendants' Motion and dismiss all Plaintiff's claims without prejudice for failure to exhaust administrative remedies. (Doc. 56 at p. 10).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 56)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all of Plaintiff's are claims are hereby **DISMISSED WITHOUT PREJUDICE** for the failure to exhaust administrative remedies.

Baton Rouge, Louisiana, this 5th day of March, 2020.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**